UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 09-9018-JST (CWx)            Date:  February 15, 2011
Title:  UNITED FABRICS INTERNATIONAL INC., et al. v. SEARS ROEBUCK & CO., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

  Nancy Boehme                               N/A
   Deputy Clerk                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                   Not Present

**PROCEEDINGS:**    **(IN CHAMBERS)  ORDER TO SHOW CAUSE FOR FAILURE TO FILE A MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

      On September 16, 2010, the Court issued an Order on Jury Trial that ordered the parties to file a Memorandum of Contentions of Fact and Law no later than twenty-one (21) days before the Final Pretrial Conference. (Order on Jury Trial, Doc. 38.) To date, the Court has not received a Memorandum of Contentions of Fact and Law from any party.

      Accordingly, the Court orders all counsel to show cause why the Court should not dismiss this matter and/or issue sanctions for the failure to timely file the referenced trial document.  No later than February 17, 2011 at 5:00 p.m., counsel shall file the document and a separate written response explaining their disregard of the Court's Order on Jury Trial.

                                                          Initials of Preparer:  nkb