Wendy M. Mantell (SBN 225544)
Email: mantellw@gtlaw.com
GREENBERG TRAURIG LLP
2450 Colorado Avenue
Suite 400 East
Santa Monica, CA 90404
Telephone:  310-586-7700
Facsimile:  310-586-7800

Mark R. Galis
Email:  galism@gtlaw
GREENBERG TRAURIG LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
Telephone:  312-456-8400
Facsimile:   312-456-8435

Attorneys for Defendant Sears, Roebuck and Co.

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., <br><br>Plaintiff, <br><br>v. <br><br>SEARS ROEBUCK & CO.; *et al.*, <br><br>Defendants. | Case No.: CV 09-9018 JST (CWx) <br><br>**ORDER ON STIPULATED DISMISSAL OF ACTION WITHOUT PREJUDICE** |

1

59,789,052 v1

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

THIS ACTION shall be dismissed without prejudice, with this Court retaining jurisdiction to enforce the settlement agreements pertaining to this dismissal, and with each party bearing its own costs and fees. The parties shall not challenge the propriety of any subsequent action that relates in any way to the transactions at issue in this case, except to the extent precluded by any of the settlement agreements.

SO ORDERED.

Dated:  March 4, 2011

By: **JOSEPHINE STATON TUCKER**
Honorable Josephine Staton Tucker

59,789,052 v1